```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. __RONALD KEITH CHRISTIAN__   CASE NO. __3:06-mj-00013 JDR__
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE: _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____ROBIN M. CARTER_____

UNITED STATES' ATTORNEY: _____KAREN LOEFFLER_____

DEFENDANT'S ATTORNEY: __KEVIN MCCOY FOR MIKE DIENI - APPOINTED__

U.S.P.O.: _____PAULA MCCORMICK_____

PROCEEDINGS: INITIAL APPEARANCE ON COMPLAINT HELD 2/1/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:32 p.m. court convened.

_X_ Copy of Complaint given to defendant; read.

_X_ Defendant sworn.

_X_ Defendant advised of general rights.

_X_ Defendant advised of charges and penalties.

_X_ Defendant stated true name: _same as above_

_X_ Financial Affidavit **FILED.**
   _X_ Federal Public Defender accepted appointment; FPD notified.

_X_ Preliminary Hearing set for **2/7/06 at 3:30 p.m.**

_X_ Defendant detained/Detention Hearing set **2/7/06 at 3:30 p.m.**
   Order of Temporary Detention **FILED**.

At 2:41 p.m. court adjourned.




DATE: _February 1, 2006_     DEPUTY CLERK'S INITIALS: ___Rc___