DEBORAH M. SMITH
Acting United States Attorney

LARRY D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-mj-0013-JDR |
| Plaintiff, | ) | |
| vs. | ) | **NOTICE OF ATTORNEY APPEARANCE** |
| RONALD KEITH CHRISTIAN, | ) | |
| Defendant. | ) | |

COMES NOW the United States Attorney's Office, by and through

Larry D. Card, Assistant U.S. Attorney, and hereby enters a substitution of counsel

on behalf of the United States of America.

All further pleadings and correspondence, etc. shall be sent to the following address:

> Larry D. Card
> Assistant U.S. Attorney
> 222 West 7th Avenue, Room 253, #9
> Anchorage, AK  99513-7567
> (907) 271-5071
> Fax: (907) 271-1500
> E-mail:larry.card@usdoj.gov

RESPECTFULLY SUBMITTED on this 9th day of February, 2006, in Anchorage, Alaska.

>                           DEBORAH M. SMITH
>                           Acting United States Attorney
>
>                           s/ Larry D. Card
>                           LARRY D. CARD
>                           Assistant U.S. Attorney
>                           222 West 7th Ave., #9, Rm. 253
>                           Anchorage, AK 99513-7567
>                           Phone: (907) 271-5071
>                           Fax: (907) 271-1500
>                           E-mail: larry.card@usdoj.gov
>                           Alaska Bar No. 8011068

**CERTIFICATE OF SERVICE**
I hereby certify that on February 9, 2006
a copy of the foregoing was served
via electronic notice:

Michael Dieni, Asst. Federal Public Defender

s/ Larry D. Card