DEBORAH M. SMITH
Acting United States Attorney

KAREN LOEFFLER
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RONALD KEITH CHRISTIAN, ) <br> ) <br> Defendant. ) <br> ) | No. 3:06-mj-0013-JDR <br><br> **NOTICE OF REMOVAL FROM** <br> **ELECTRONIC SERVICE** |

COMES NOW the United States of America, by and through counsel, and hereby requests that the Court no longer serves pleadings in the above-captioned case on Karen Loeffler, Asst. U.S. Attorney. Larry Card, Assistant U.S.

Attorney, is now appearing for the United States in this matter.

RESPECTFULLY SUBMITTED this 10th day of February, 2006 at

Anchorage, Alaska

                      DEBORAH M. SMITH
                      Acting United States Attorney

                      s/ Karen Loeffler
                      Assistant U.S. Attorney
                      222 West 7th Ave., #9, Rm. 253
                      Anchorage, AK 99513-7567
                      Phone: (907) 271-3668
                      Fax: (907) 271-1500
                      E-mail: karen.loeffler@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on February 10, 2006
a copy of the foregoing was served
via electronic notice:

Michael Dieni, Asst. Federal Public Defender

s/ Karen Loeffler